AMY TODD-GHER, State Bar No. 208581
VALDEZ NOOR TODD & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 202-5950
Facsimile: (415) 202-5951
Email: atoddgher@vsnlaw.com

JACOB HARKER, State Bar No. 261262
LAW OFFICES OF JACOB HARKER
564 Market Street, Suite 7808
San Francisco, CA 94104
Telephone: (415) 624-7602
Facsimile: (415) 684-7757
Email: jacob@harkercounsel.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GREGORY,<br><br>    Plaintiff,<br><br>v.<br><br>RESORT FITNESS, LLC, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>_____<br><br>RESORT FITNESS, LLC,<br><br>    Cross-Plaintiff,<br><br>v.<br><br>JONATHAN GREGORY,<br><br>    Cross-Defendant. | Case Number: 3:12-CV-00204-EMC<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO DISMISS THE FIRST AND SECOND COUNTERCLAIMS FOR VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT**<br><br>Complaint filed: December 7, 2011<br>Judge: Hon. Edward M. Chen<br>Trial Date: None Set |

STIPULATION AND PROPOSED ORDER TO DISMISS THE FIRST AND SECOND
COUNTERCLAIMS FOR VIOLATION OF COMPUTER FRAUD AND ABUSE ACT
Case No. 3:12-CV-00204-EMC

The parties, by and through undersigned counsel, jointly stipulate as follows:

WHEREAS, Plaintiff filed his complaint in the Superior Court of California, San Mateo on December 7, 2011, case number CIV510224 (the "Action");

WHEREAS, on January 12, 2012, Defendant filed its Notice of Removal of the Action to this Court;

WHEREAS, on January 19, 2012, Defendant filed counterclaims against Plaintiff, including a First Cause of Action for Violation of Computer Fraud and Abuse Act, 18 U.S.C. Section 1030(a)(4) and Second Cause of Action for Violation of Computer Fraud and Abuse Act, 18 U.S.C. Section 1030(a)(2)(C) (together referred to as "Defendant's CFAA Counterclaims");

WHEREAS, Defendant relied, in part, on the legal authority contained in *U.S. v. Nosal*, 642 F.3d 781 (9th Cir. 2011) in support of Defendants' CFAA Counterclaims;

WHEREAS, the Ninth Circuit recently reconsidered its holding following a rehearing *en banc* in *U.S. v. Nosal*, 676 F.3d 854 (9th Cir. 2012);

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), based on these developments and until further guidance is received from the Ninth Circuit or U.S. Supreme Court regarding the Computer Fraud and Abuse Act, the parties, through their respective undersigned counsel of record, hereby agree to dismiss without prejudice Defendant's CFAA Counterclaims;

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

Dated: June 8, 2012

Respectfully submitted,
Law Offices of Jacob Harker

By _____

JACOB HARKER

Dated: May 23, 2012

Respectfully submitted,
Valdez Noor Todd & Doyle LLP

By ___/s/Amy Todd-Gher___

AMY TODD-GHER

1

STIPULATION AND PROPOSED ORDER TO DISMISS THE FIRST AND SECOND COUNTERCLAIMS FOR VIOLATION OF COMPUTER FRAUD AND ABUSE ACT
Case No. 3:12-CV-00204-EMC

**ORDER**

Based on the stipulation of the parties and for good cause appearing, IT IS HEREBY ORDERED that Defendant's First Cause of Action for Violation of Computer Fraud and Abuse Act, 18 U.S.C. Section 1030(a)(4) and Second Cause of Action for Violation of Computer Fraud and Abuse Act, 18 U.S.C. Section 1030(a)(2)(C), are dismissed, without prejudice.

Dated: June 19, 2012

The Honorable Edward M. Chen
United States District



2

STIPULATION AND PROPOSED ORDER TO DISMISS THE FIRST AND SECOND
COUNTERCLAIMS FOR VIOLATION OF COMPUTER FRAUD AND ABUSE ACT
Case No. 3:12-CV-00204-EMC

## ATTESTATION OF FILING

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Amy Todd-Gher, hereby attest that concurrence in the filing of this Stipulation and Proposed Order to Dismiss The First and Second Counterclaims for Violation of Computer Fraud and Abuse Act without prejudice has been obtained from Jacob Harker who has provided the conformed signature above.

By  */s/ Amy Todd-Gher*
     AMY TODD-GHER