Jacob Harker (SBN: 261262)
LAW OFFICES OF JACOB HARKER
582 Market St., Ste. 1007
San Francisco, CA 94104
Tel: (415) 624-7602
Fax: (415) 684-7757
Email: jacob@harkercounsel.com

Attorneys for Plaintiff and Counter-Defendant
Jonathan Gregory

AMY TODD-GHER, State Bar No. 208581
VALDEZ NOOR TODD & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 202-5950
Facsimile:  (415) 202-5951
Email:      atoddgher@vsnlaw.com

Counsel for Defendant and Cross-Plaintiff
RESORT FITNESS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JONATHAN GREGORY, | Case No. 12-cv-00204-EMC |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| RESORT FITNESS, LLC, and DOES 1 through 20, inclusive | |
| Defendants. | |

| | |
|---|---|
| RESORT FITNESS, LLC, | ) |
| | ) |
| Cross-Plaintiff, | ) |
| vs. | ) |
| | ) |
| JONATHAN GREGORY | ) |
| | ) |
| Cross-Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed, in its entirety, with prejudice pursuant to FRCP 41(a)(1).

THE LAW OFFICES OF JACOB HARKER

Date: August 10, 2012                         BY:   /s/ Jacob Harker

JACOB HARKER
Attorneys for Jonathan Gregory

VALDEZ NOOR TODD & DOYLE LLP

Date: August 10, 2012                         BY:   */s/ Amy Todd-Gher*

AMY TODD-GHER
Attorneys for RESORT FITNESS, LLC